443 A.2d 376

1st Federal Savings & Loan Assoc. v. Stohon.

Appeal of: George A. Stohon, Sr.

Argued November 11, 1980. Anthony J. Seneca, for appellant; William M. Baily, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.